IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL GENERAL INSURANCE COMPANY, as subrogee of Linda Sytsma, | Case No: |
| Plaintiff, | |
| LINDA SYTSMA, | |
| Involuntary Plaintiff, | |
| vs. | |
| LG ELECTRONICS, U.S.A., INC. | |
| Defendant. | |
| XYZ INSURANCE COMPANY, | |
| Direct Action Defendant. | |

### DEFENDANT LG ELECTRONICS USA, INC.'S NOTICE OF REMOVAL

TO:  National General Insurance Company
     as subrogee of Linda Sytsma
     Mr. Michael J. Scola
     Grotefeld Hoffman
     407 S. Third Street
     Suite 200
     Geneva, IL 60134

PLEASE TAKE NOTICE that Defendant, LG Electronics, USA, INC., ("Defendant") hereby removes this action from the Circuit Court for Waukesha County, Wisconsin, to the United States District Court for the Eastern District of Wisconsin pursuant to **28 U.S.C. §§ 1332, 1441(b) and 1446**. The grounds for removal of this action are as follows:

1. A civil action designated as Case No. 26-CV-176 has been commenced and is now pending in the Circuit Court for Waukesha County, Wisconsin, between the above-named parties.

2. On January 28, 2026, the plaintiff filed the Summons and Complaint in the Circuit Court for Waukesha County, Wisconsin. A true and correct copy of the Summons and Complaint is attached as **Exhibit A**.

3. On February 11, 2026, the Summons and Complaint attached as Exhibit A was received by Defendant.

4. On March 3, 2026, Defendant filed its Answer and Affirmative Defenses in the Circuit Court for Waukesha County, Wisconsin, and served all parties who have appeared in Case No. 26-CV-176. A true and correct copy of the Answer and Affirmative Defenses is attached as **Exhibit B**.

5. The above-described action is a civil action for damages resulting from property damage alleged to have arisen from actions arising in Waukesha County, Wisconsin when an LG branded electric stove allegedly caused a fire and subsequent fire loss on or about January 8, 2025. (*See* Ex. A, ¶ 17-18.) Plaintiff alleges that the loss resulted in the payment of monies totaling $148,139.29. (*See* Ex. A, ¶ 23.)

6. The State Court Action is within the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as it is a civil action wholly between citizens of different states, and the amount in controversy is in excess of the Court's jurisdictional minimum for diversity cases:

    a. Upon information and belief, Plaintiff is a resident of and domiciled in the State of Wisconsin. The subrogated plaintiff National General Insurance Company is a domestic corporation with its principal place of business in Winston- Salem, North Carolina.. Defendant, LG Electronics, USA, Inc., is a Delaware corporation with its principal place of business in located at 111 Sylvan Avenue, Englewood Cliffs, New Jersey 07632. The aforementioned facts establishing diversity existed at the time of the original filing in State court, at the time of removal, and at the present time.

b. National General, in accordance with Sytsma's insurance policy, has since paid to or on behalf of Sytsma an amount of One Hundred Forty-Eight Thousand One Hundred Thirty-Nine Dollars and Twenty-Nine Cents ($148,139.29), inclusive of Sytsma's Five Hundred Dollar ($500.00) deductible. (Ex. A, ¶ 23).

c. Based upon the foregoing representation, Defendant has a reasonable belief that the amount in controversy in this matter exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of attorney's fees, interest, and costs.

d. The case is properly venued in that Plaintiff is within the jurisdiction of the Eastern District of Wisconsin, and that the alleged events or omissions that form the basis for Plaintiff's claims occurred within the Eastern District of Wisconsin.

e. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

f. Defendant consents to removal.

7. Concurrent with the filing of this Notice of Removal, Defendant, by its attorneys, will notify all active parties and the Clerk of the Circuit Court for Waukesha County that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(d).

**<u>JURY DEMAND FOR ALL FACTUAL ISSUES</u>**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants hereby demand trial by jury.

Dated this 13th day of March, 2026.

                CRIVELLO NICHOLS & HALL, S.C.
                Attorneys for Defendant, LG Electronics, U.S.A., INC.

                BY: *Electronically Signed by Kathleen A. Kruse*
                      STEVEN C. McGAVER
                      State Bar No. 1051898
                      KATHLEEN A. KRUSE
                      State Bar No. 1123631

P.O. Address:
Crivello, Nichols & Hall, S.C.
710 N. Plankinton Avenue
Milwaukee, WI 53203
414-271-7722
smcgaver@crivellolaw.com
kkruse@crivellolaw.com